**CENTER FOR DISABILITY ACCESS**
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Russell Handy, Esq., SBN 195058
Mary Melton, Esq. SBN 164407
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for PLAINTIFF
SCOTT JOHNSON

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHANE SINGH, SB# 202733
　E-Mail: Shane.Singh@lewisbrisbois.com
ASHLEY N. ARNETT, SB# 305162
　E-Mail: Ashley.Arnett@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for DEFENDANT STARBUCKS
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BLACKHAWK CENTERCAL, LLC and STARBUCKS CORPORATION,<br><br>　　　　Defendant. | CASE NO. 3:17-cv-02454<br><br>**STIPULATION AND REQUEST TO EXTEND TIME TO ANSWER INITIAL COMPLAINT WITH [PROPOSED] ORDER**<br><br>Complaint Filed:　　April 29, 2017<br>Service Date:　　　May 5, 2017<br>Current Response Date: May 26, 2017<br>New Response Date:　June 25, 2017<br><br>Trial Date:　　　　None Set |

Plaintiff SCOTT JOHNSON ("Plaintiff"), and Defendant STARBUCKS CORPORATION (hereinafter "Defendant") jointly stipulate to extend the time for Defendant to answer the initial

complaint from May 26, 2017 to June 25, 2017.

Pursuant to Civil Local Rule 6-1(a), this extension will not alter the date of any event or any deadline already fixed by Court order.

Respectfully Submitted,

Dated: June 22, 2017           LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    /s/ Shane Singh
       Shane Singh
       Ashley N. Arnett
       Attorneys for DEFENDANT STARBUCKS CORPORATION

Dated: June 22, 2017           CENTER FOR DISABILITY ACCESS

By:    /s/ Mary Melton
       Phyl Grace, Esq.
       Mary Melton, Esq.
       Attorneys for PLAINTIFF SCOTT JOHNSON

## SIGNATURE OF COUNSEL

Pursuant to Local Rule 5-1 of the Northern District of California, I hereby certify that the content of this document is acceptable to Phyl Grace and Mary Melton, counsel for Plaintiff Scott Johnson, and that I have obtained Ms. Melton's authorization to affix her electronic signature to this document.

## ORDER

Based on the Stipulation of the Parties and good cause appearing, the deadline for Defendant STARBUCKS CORPORATION to Answer Plaintiff SCOTT JOHNSON'S Complaint is now June 26, 2017.

DATED: June 22, 2017.

_____
District Judge William Alsup