UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BLACKHAWK CENTERCAL, LLC, a Delaware Limited Liability Company; STARBUCKS CORPORATION, a Washington Corporation; and Does 1-10,<br><br>　　　　　Defendants. | **Case: No.:** 3:17-CV-02454-WHA<br><br>[proposed] **ORDER GRANTING JOINT STIPULATION TO EXTEND MEDIATION DEADLINE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:
1. The deadline for the mediation shall be extended to and including January 19, 2018.
2. All other dates that are calculated based on the mediation date will be adjusted accordingly.

IT IS SO ORDERED.

Dated: December 5, 2017.   _____
　　　　　　　　　　　　　　　　HONORABLE WILLIAM H. ALSUP
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1

ORDER Granting Joint Stip　　　　　　　　　　　　　　　Case No. 3:17-CV-02454-WHA