IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

STARBUCKS CORPORATION, a Washington corporation,

    Defendant.

No. C 17-02454 WHA

**ORDER GRANTING SUMMARY JUDGMENT FOR DEFENDANT**

Under FRCP 56(f)(1), a court may grant summary judgment for a nonmovant after giving notice and a reasonable time to respond. A March 29 order denied plaintiff Scott Johnson's motion for summary judgment and concluded that defendant Starbucks Corporation's transaction counter did not violate the ADA. Having found no genuine dispute of material fact, the undersigned ordered both sides to show cause why summary judgment should not be granted for defendant. Both sides have since responded and expressed their view that, based on the findings made in the March 29 order, summary judgment should be granted in defendant's favor. Summary judgment is accordingly **GRANTED** for defendant on all of plaintiff's claims. Judgment will be entered separately.

**IT IS SO ORDERED.**

Dated: April 14, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE